IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | |
|---|---|
| JUDY M. JONES,<br><br>　　　　　　　Plaintiff<br><br>　　VS.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　　　　　　Defendant | No. 1:08-CV-150 (CWH) |

## O R D E R

THIS CAUSE is before the Court upon the motion of the Defendant to remand this case to the Commissioner of Social Security for further action under sentence four of 42 U.S.C. §405(g). Upon consideration of the motion, and the grounds urged in support thereof,

IT IS ORDERED and ADJUDGED that the decision of the Commissioner is hereby REVERSED under sentence four of 42 U.S.C. §405(g), and this case is REMANDED to the Commissioner. On remand, an administrative law judge (ALJ) will apply the correct legal standards to determine whether Plaintiff experienced medical improvement in her condition(s) since the date of the most recent favorable determination. If the ALJ concludes that Plaintiff experienced medical improvement, the ALJ will reevaluate Plaintiff's residual functional capacity (RFC) in order to determine whether her medical improvement is related to her ability to work. The ALJ will also discuss the evidence that supports her RFC and any accompanying limitations and explain the weight given to all of the opinions in the record.

The Clerk of the Court is hereby directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED AND DIRECTED, this 19th day of FEBRUARY, 2010.



CLAUDE W. HICKS, JR.
UNITED STATES MAGISTRATE JUDGE